UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kenneth A. Mielke,

Plaintiff,

-vs-

Boart Longyear Company;
Cushion Cut, Inc. and
Longyear Corporation,

Defendants, and
Third-Party Plaintiffs,

-vs-

Highway Services, Inc.,

Third-Party Defendant.

Court File No. CIV 00-1617 SRN

**ORDER**

Based on the stipulation of the parties, leave is hereby granted for Defendant Boart Longyear Company to commence a third-party action and to serve a Third-Party Summons and Complaint on Highway Services, Inc.

Dated: October 25, 2000.

Susan Richard Nelson
Susan R. Nelson
United States Magistrate Judge

OCT 25 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kenneth A. Mielke,

Court File No. CIV 00-1617 SRN

Plaintiff,

-vs-

Boart Longyear Company;
Cushion Cut, Inc. and
Longyear Corporation,

Defendants.

## STIPULATION

IT IS STIPULATED between the parties, by and through their respective undersigned attorneys, that Defendant Boart Longyear Company may serve and file a Third-Party Summons and Complaint impleading Highway Services, Inc. as a Third-Party Defendant in this matter. A copy of the proposed Third-Party Complaint is attached hereto as Exhibit A.

DRAWE & HEISICK

Dated: Sept 22, 2000.

Scott P. Drawe

Scott P. Drawe, Atty. I.D. 148325
Attorney for Defendants
7701 France Avenue South, Suite 400
Minneapolis, MN 55435
Phone: (952) 841-2130

PETERSON & HEKTNER, LTD.

Dated: 10-19, 2000.

Timothy P. Jung, Esq., Atty. I.D. 186156
Attorney for Plaintiff
450 Paramount Plaza III
7831 Glenroy Road
Minneapolis, MN 55439
Phone: (952) 921-2211