**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Kenneth A. Mielke,** **Civil No. 00-1617 (MJD/SRN)**

**Plaintiff,**

**v.** **ORDER**

**Boart Longyear Company;**
**Cushion Cut, Inc., and**
**Longyear Corporation,**

**Defendants, and Third Party Plaintiffs,**

**v.**

**Highway Services, Inc.**

**Third Party Defendant.**

---

SUSAN RICHARD NELSON, United States Magistrate Judge

Kenneth and Janet Mielke moved to intervene in the above proceedings pursuant to Federal Rule of Civil Procedure 24(a). The parties have stipulated to the intervention. The Clerk of Court is hereby directed to add Kenneth Mielke and Janet Mielke as Plaintiffs in the above captioned matter.

Dated: December 8, 2000

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge

FILED DEC 08 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________