UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kenneth A. Mielke and Janet Mielke,

Plaintiffs,

v.

Boart Longyear Company;
Cushion Cut, Inc., and
Longyear Corporation,

Defendants and
Third-Party Plaintiff

v.

Highway Services, Inc.

Third-Party Defendant.

Civil No. 00-1617 (MJD/SRN)

**STIPULATION** and order
**TO AMEND SCHEDULING ORDER**

The parties have discussed this matter and propose the following modifications tot he Scheduling Order:

1. That discovery shall be commenced in time to be completed by June 1, 2001;
2. Disclosure of expert damages witnesses under Rule 26(a)(2)(A) and Rule 26(a)(2)(B) shall be made as follows:
   a. By Plaintiff on or before April 1, 2001;
   b. By Defendants on or before May 1, 2001
3. All non-dispositive motions, other than motions to seek to amend the pleadings or add parties, shall be served and filed by June 15, 2001.
4. All dispositive motions shall be served and filed by the parties by July 15, 2001;

FILED MAR 26 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

5. This case shall be ready for trial by September 15, 2001.

Dated: 3/09/01

CRONAN PEARSON QUINLIVAN, P.A.

By_________________ for
Timothy P. Jung, #186156
**Attorneys for Plaintiffs**
1400 Foshay Tower
821 Marquette Avenue South
Minneapolis, MN 55402
(612) 332-1300

Dated: 3/15/01

DRAWE & HEISICK

By_________________
Scott P. Drawe, #148325
**Attorneys for Defendants and Third-Party Plaintiff Boart Longyear Co.**
7701 France Ave. S., Ste. 400
Minneapolis, MN 55435
(952) 841-2130

Dated: 3/20/01

CONLEY & BORGESON

By_________________
Neal J. Robinson, #199448
**Attorneys for Third-Party Defendant Highway Services, Inc.**
2250 University Ave West
Court International, 220 South
St. Paul, MN 55114-1052
(651) 603-1510

IT IS SO ORDERED.

Dated: March 26, 2001.

SUSAN RICHARD NELSON
United States Magistrate Judge