UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kenneth A. Mielke,

Plaintiff,

-vs-

Boart Longyear Company;
Cushion Cut, Inc. and
Longyear Corporation,

Defendants.

Court File No. CIV 00-1617 SRN
(MJD/SRN)

**STIPULATION TO AMEND THE SCHEDULING ORDER** and ORDER

**WHEREAS**, the Court issued a Pretrial Scheduling Order dated August 28, 2000, which was modified by an Order dated March 26, 2001 to allow for an extension of time for the disclosure of damage experts;

**WHEREAS**, the parties have diligently engaged in discovery, including substantial depositions and expert disclosures;

**WHEREAS**, it is the desire of the parties to adjust and/or extend the deadlines contained in the Court's Pretrial Scheduling Orders to allow for the parties to complete an agreed-upon mediated settlement conference on July 17, 2001, before an expensive round of expert depositions and dispositive motions.

**THEREFORE**, the parties have discussed this matter and propose the following modifications to the Scheduling Order.

1. The parties shall complete mediation by August 1, 2001;

2. If the case is not settled in mediation, all discovery shall be commenced in time to be completed by September 1, 2001;

FILED JUN 20 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

3. All non-dispositive motions, other than motions to seek to amend the pleadings or add parties, shall be served and filed by August 15, 2001; and,

4. All dispositive motions shall be served and filed by the parties by September 1, 2001.

DRAWE & HEISICK

Dated: 6/19, 2001.

Scott P. Drawe, Atty. I.D. 148325
Attorney for Defendants
7701 France Avenue South, Suite 400
Minneapolis, MN 55435
Phone: (952) 841-2130

CRONAN, PEARSON & QUINLIVAN

Dated: _______________, 2001.

______________________________
Timothy P. Jung, Esq., Atty. I.D. 186156
Attorney for Plaintiff
821 Marquette Avenue South, Suite 1400
Minneapolis, MN 55402
Phone: (612) 332-1300

CONLEY & BORGESON

Dated: _______________, 2001.

______________________________
Neal J. Robinson, Atty. I.D. 199448
Attorney for Third-Party Defendant
2550 University Avenue West, Suite 220 S
St. Paul, MN 55114
Phone: (651) 603-1510

3. All non-dispositive motions, other than motions to seek to amend the pleadings or add parties, shall be served and filed by August 15, 2001; and,

4. All dispositive motions shall be served and filed by the parties by September 1, 2001.

DRAWE & HEISICK

Dated: ______________, 2001.

______________________________
Scott P. Drawe, Atty. I.D. 148325
Attorney for Defendants
7701 France Avenue South, Suite 400
Minneapolis, MN 55435
Phone: (952) 841-2130

CRONAN, PEARSON & QUINLIVAN

Dated: 6-18, 2001.

______________________________
Timothy P. Jung, Esq., Atty. I.D. 186156
Attorney for Plaintiff
821 Marquette Avenue South, Suite 1400
Minneapolis, MN 55402
Phone: (612) 332-1300

CONLEY & BORGESON

Dated: ______________, 2001.

______________________________
Neal J. Robinson, Atty. I.D. 199448
Attorney for Third-Party Defendant
2550 University Avenue West, Suite 220 S
St. Paul, MN 55114
Phone: (651) 603-1510

3. All non-dispositive motions, other than motions to seek to amend the pleadings or add parties, shall be served and filed by August 15, 2001; and,

4. All dispositive motions shall be served and filed by the parties by September 1, 2001.

DRAWE & HEISICK

Dated: ____________, 2001.

________________________
Scott P. Drawe, Atty. I.D. 148325
Attorney for Defendants
7701 France Avenue South, Suite 400
Minneapolis, MN 55435
Phone: (952) 841-2130

CRONAN, PEARSON & QUINLIVAN

Dated: ____________, 2001.

________________________
Timothy P. Jung, Esq., Atty. I.D. 186156
Attorney for Plaintiff
821 Marquette Avenue South, Suite 1400
Minneapolis, MN 55402
Phone: (612) 332-1300

CONLEY & BORGESON

Dated: 6/15, 2001.

________________________
Neal J. Robinson, Atty. I.D. 199448
Attorney for Third-Party Defendant
2550 University Avenue West, Suite 220 S
St. Paul, MN 55114
Phone: (651) 603-1510

**ORDER**

Pursuant to the Stipulation of the parties, the Scheduling Order is amended.

**BY THE COURT:**

Date: June 20, 2001.

Susan Richard Nelson
Magistrate Susan R. Nelson
United States Magistrate Judge