UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

KENNETH A. MIELKE, ET AL.,

Plaintiffs,

v.

BOART LONGYEAR COMPANY, ET AL.,

Defendants.

Civil No. 00-1617 SRN

NOTICE OF FINAL SETTLEMENT CONFERENCE

The above-referenced case is assigned to Magistrate Judge Susan R. Nelson for trial. A final settlement conference will be held on January 25, 2002, at 10:00 a.m., in Room 638 Federal Courts Building, 316 North Robert Street, St. Paul, Minnesota, before the undersigned United States Magistrate Judge.

Counsel who will actually try the case and each party, armed with full settlement discretion, shall be present. If individuals are parties to this case, they shall be present. If a corporation or other collective entity is a party, a duly authorized officer or managing agent of that party shall be present. This means that each party must attend through a person who has the power to change that party's settlement posture during the course of the conference. If the party representative has a limit, or "cap" on his or her authority, this requirement is not satisfied. If an insurance company is involved, the responsible agent must be present.

Each attorney shall submit to the undersigned at least three (3) days before the date of the settlement conference a confidential letter setting forth the parties' respective settlement positions and a reasoned, itemized analysis justifying their

Filed JAN 17 2002
Richard Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________

client's settlement position.

Dated: January 16, 2002

ARTHUR J. BOYLAN
United States Magistrate Judge